IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRY MITCHELL,                      )<br>                                                      )<br>            Plaintiff,                    )<br>                                                      )<br>      v.                                        )<br>                                                      )<br>SOCIAL SECURITY ADMINISTRATION,  )<br>Jo Anne B. Barnhart, Commissioner,  )<br>                                                      )<br>            Defendant.                 )<br>                                                      ) | 8:07CV16<br><br><br>ORDER ON DEFENDANT'S MOTION<br>FOR EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S BRIEF |

      IT IS ORDERED that the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 13, is granted and the defendant shall file its response on or before June 22, 2007.

      Dated May 24, 2007.

                                            BY THE COURT

                                            s/   Warren K. Urbom
                                            United States Senior District Judge